# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLES J. WILLIAMS,

    *Plaintiff*,

vs.

STATE OF NEVADA DEPARTMENT OF PUBLIC SAFETY, *et al.*,

    *Defendants*.

Case No. 2:13-cv-01318-APG-NJK

**O R D E R**

    Plaintiff, a Nevada state inmate, has filed an application (Dkt. #1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

    The pauper application is incomplete. Both a financial certificate properly completed and executed by an authorized institutional officer on the required form and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Plaintiff attached a financial certificate, but he did not attach a statement of his inmate trust account for the past six months. He must attach both.

    It does not appear from review of the allegations presented that a dismissal without prejudice of the present improperly-commenced action would lead to a promptly-filed new action being untimely. Plaintiff, currently an incarcerated inmate, alleges that state parole and probation officers allegedly improperly seized his vehicle on November 7, 2012. A two-year limitations period is applicable to federal civil rights actions arising out of Nevada.

    **IT THEREFORE IS ORDERED** that the application to proceed *in forma pauperis* (Dkt. #1) is **DENIED** and that this action shall be **DISMISSED** without prejudice to the filing of a new

1  complaint in a new action under a new docket number together with either a new pauper
2  application or payment of the $350.00 filing fee.
3       The Clerk of Court shall SEND plaintiff a copy of the papers that he filed along with the
4  complaint and prisoner pauper forms and instructions for both forms.
5       The Clerk shall enter final judgment accordingly, dismissing this action without
6  prejudice.
7       Dated: November 8, 2013.

_____
ANDREW P. GORDON
United States District Judge